FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2009 OCT 13  P 2:37

CLERK'S DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO: 09-MJ-707 |
| | ) | MISDEMEANOR |
| v. | ) | |
| | ) | |
| DAVID LIGHT JR. | ) | Court Date: October 19, 2009 |

CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor- 2017278)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 6, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DAVID LIGHT JR., did unlawfully operate a motor vehicle upon a highway after his license or privilege was suspended or revoked.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-301, 1950 as amended.)

(COUNT II – Class B Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about August 6, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DAVID LIGHT JR., did unlawfully operate a motor vehicle upon a highway without a valid operator's license.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-300, 1950, as amended.)

(COUNT III - Class C Petty - 2017276)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about August 6, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant DAVID LIGHT JR., did unlawfully operate a motor vehicle in excess of speed limits established and posted, to wit: traveling 35 mph in a posted 25 mph zone.

(Violation of Title 32, Code of Federal Regulations, Section 634.25(f), adopting Title 46.2, Code of Virginia, Section 878)

Respectfully Submitted,

Neil H. MacBride
United States Attorney

Mitchell D. Bishop
Special Assistant
United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this 13th day of October 2009 to:

DAVID LIGHT JR.

By: *[signature]*
Mitchell D. Bishop
Special Assistant
United States Attorney